UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Su Ai | CASE No   5:26-CV-02498-NW |
| Plaintiff(s)<br><br>v.<br><br>Tencent America LLC, a Delaware limited liability company; Yunshan Zhu; and DOES 1-50<br>Defendant(s) | ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:  June 2, 2026

_____
                                    Party

Date:  June 2, 2026

_____
                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☑ intend to stipulate to an ADR process, but Defendant's Counsel has not been willing to specify a process they are amenable to.

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  June 2, 2026

_____
                                    Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*