**NICHOLS LAW, P.C.**
Sarah R. Nichols (SBN 233099)
9 Pier, Suite 100
San Francisco, California 94111
Telephone: (415) 504-3095
E-mail: sarah@nicholslawyer.com

Attorneys for Plaintiff
SU AI

**SEYFARTH SHAW LLP**
Kristina Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Ping Wang (SBN 351428)
pwang@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendants
TENCENT AMERICA LLC;
YUNSHAN ZHU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SU AI, an individual, | Case No. 5:26-cv-02498-NW |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| TENCENT AMERICA LLC, a Delaware limited liability company; YUNSHAN ZHU, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, there is no conflict or interest (other than the named parties) to report.

DATED: June 18, 2026

NICHOLS LAW, P.C.
Attorneys for Plaintiff

By: _____

Sarah R. Nichols

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS