AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Su Ai | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:26-cv-02498-NW |
| Tencent America LLC, a Delaware limited liability company et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff  Su Ai                                                                                                    .

Date:    06/22/2026

_____
*Attorney's signature*

Wayne J.Quint #273249
*Printed name and bar number*

9 Pier, Suite 100, San Francisco California 94111
*Address*

Wayne@nicholslawyer.com
*E-mail address*

(415) 710-9116
*Telephone number*

(415) 276-1999
*FAX number*