Sarah R. Nichols (SBN 233099)
Wayne J. Quint (SBN 273249)
**NICHOLS LAW, P.C.**
9 Pier, Suite 100
San Francisco California 94111
Telephone: (415) 710-9116
Email: sarah@nicholslawyer.com
Email: Wayne@nicholslawyer.com

Attorney for Plaintiff
SU AI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SU AI, an individual,<br><br>       Plaintiff,<br><br> v.<br><br>TENCENT AMERICA LLC,<br>a Delaware limited liability company;<br>YUNSHAN ZHU, an individual;<br>and DOES 1-50, inclusive,<br><br>       Defendants. | Case No. 5:26-CV-02498-NW<br><br>Santa Clara Superior Court Case No. 26CV486306<br><br>**PLAINTIFF'S REQUEST FOR VIRTUAL APPEARANCE**<br><br>Date:   June 24, 2026<br>Time:  9:00 a.m. PST<br>Ctrm. 3<br><br>Judge: Honorable Noël Wise<br><br>Complaint Filed:  February 3, 2026<br><br>Removal:       March 23, 2026 |

NICHOLS LAW, P.C.
9 PIER, SUITE 100
SAN FRANCISCO, CALIFORNIA 94111

**PLAINTIFF'S REQUEST FOR VIRTUAL APPEARANCE**
*Ai v. Tencent America, LLC*
Case No. 5:26-CV-02498-NW

Plaintiff Su Ai ("Plaintiff") requests by and through her respective counsel, the that the Court approve this request and permit to her attorneys to appear virtually at the June 24, 2026, Motion to Compel and Motion to Remand Hearing scheduled for June 24, 2026, at 9:00 a.m. PST, with the Honorable Noël Wise presiding.

Plaintiff requests that its attorneys be permitted to attend the hearing on the Motion to Compel and Motion to Remand virtually due both of her attorneys currently being out of town.

Dated: June 22, 2026                    **NICHOLS LAW, P.C.**

By:_____
         Sarah R. Nichols
         *Attorney for Plaintiff*
         *Su Ai*

NICHOLS LAW, P.C.
9 PIER, SUITE 100
SAN FRANCISCO, CALIFORNIA 94111

1

**PLAINTIFF'S REQUEST FOR VIRTUAL APPEARANCE**
*Ai v. Tencent America, LLC*
Case No. 5:26-CV-02498-NW

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

Pursuant to the Court's Standing Order, parties wishing to appear via Zoom shall file and serve an administrative request to appear via Zoom and a proposed order at least one week prior to the scheduled hearing date.

Dated: _____                    _____

HON. NOËL WISE

United States District Judge

DENIED

Judge Noël Wise

2

**PLAINTIFF'S REQUEST FOR VIRTUAL APPEARANCE**
*Ai v. Tencent America, LLC*
Case No. 5:26-CV-02498-NW

NICHOLS LAW, P.C.
9 PIER, SUITE 100
SAN FRANCISCO, CALIFORNIA 94111